**No. 68305.**—Joseph Markovits, Inc. *v.* United States, protests 62/17716, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of headdresses similar in all material respects to those the subject of *Novik & Co., Inc.* v. *United States* (45 Cust. Ct. 183, C.D. 2221), the claim of the plaintiff was sustained.

**No. 68306.**—Gump's, Inc., and W. J. Byrnes & Co., Inc., et al. *v.* United States, protests 62/18933, etc. (San Francisco).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of brass lotus flower holders similar in all material respects to those the subject of *Wing On Co. et al.* v. *United States* (47 Cust. Ct. 122, C.D. 2291), the claim of the plaintiffs was sustained.